UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANNY AMEN ANDERSON VALENTINE SHABAZZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DAVID PASSINO, et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-4239-SCJ |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, on the Court's Order of October 30, 2023 directing Plaintiff to show cause why this case should not be dismissed. As Plaintiff has failed to respond, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **DISMISSED** pursuant to Local Rule 41.3(A)(2), for failure or refusal to obey a lawful order of the Court.

Dated at Atlanta, Georgia, this 21st day of November, 2023.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　 s/ D. McGoldrick
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 21, 2023
Kevin P. Weimer
Clerk of Court

By:　 s/ D. McGoldrick
　　　　Deputy Clerk